IN THE UNITED STATES DISTRICT COURT FOR THE **SO ORDERED**
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| REBECCA LOVE, | ) | *[signature]* Charl Q Shaw |
| | ) | 10-2-13 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 6:12-cv-03475-CAS |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| For and on behalf of | ) | |
| CHAN K. NGO-REYES, M.D., and | ) | |
| UNITED STATES OF AMERICA | ) | |
| For and on behalf of | ) | |
| ADVOCATES FOR A HEALTHY | ) | |
| COMMUNITY, INC., d/b/a | ) | |
| JORDAN VALLEY COMMUNITY | ) | |
| HEALTH CENTER, and | ) | |
| DYNACARE LABORATORIES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## DISMISSAL WITH PREJUDICE AS TO ONLY DEFENDANT DYNACARE LABORATORIES, INC.

**COMES NOW** the Plaintiff, Rebecca Love, by and through her attorney of record, David W. Hall, Jr., and states that the action against Defendant, Dynacare Laboratories, Inc. has been settled and therefore, the Plaintiff, as to only Defendant Dynacare Laboratories, Inc. dismisses with prejudice to the refiling thereof, with each party to bear their own costs.

DAVID W. HALL, L.L.C.

By /s/ David W. Hall, Jr.
David W. Hall, Jr.
Missouri Bar No. 24514
1370 E. Primrose, Ste. G
Springfield, MO 65804
dhall@dwhall-law.com
Telephone: (417) 886-2677
Telecopier: (417) 886-2687
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was forwarded to the Clerk of the Court by way of the ECF System on the 30th day of September, 2013, for filing and transmittal of a Notice of Electronic Filing to the following:

Mr. James V. O'Brien
Ms. Jayme E. Major
Lewis, Rice & Fingersh, L.C.
600 Washington Ave., Suite 2500
St. Louis, MO 63101
E-Mail: jobrien@lewisrice.com
jmajor@lewisrice.com

Mr. Jerry L. Short
Mr. Jeffrey P. Ray
Assistant United States Attorneys
Western District of Missouri
Charles Evans Whittaker Courthouse
400 East 9th Street, Room 5510
Kansas City, MO 64106
E-Mail: Jerry.Short@usdoj.gov
Jeffrey.Ray@usdoj.gov

/s/ David W. Hall, Jr.