IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| REBECCA LOVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 6:12-cv-03475-CAS |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| For and on behalf of | ) | |
| CHAN K. NGO-REYES, M.D., and | ) | |
| UNITED STATES OF AMERICA | ) | |
| For and on behalf of | ) | |
| ADVOCATES FOR A HEALTHY | ) | |
| COMMUNITY, INC., d/b/a | ) | |
| JORDAN VALLEY COMMUNITY | ) | |
| HEALTH CENTER, and | ) | |
| DYNACARE LABORATORIES, INC. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO ONLY DEFENDANT UNITED STATES OF AMERICA

Now on this 15th day of November, 2013, comes before the Court the Plaintiff Rebecca Love's Dismissal with Prejudice as to only Defendant United States of America as the case has settled. The Court hereby grants Order Dismissing with Prejudice the action Against Defendant, United States of America, for and on behalf of Chan K. Ngo-

1

Reyes, M.D. and Defendant, United States of America, for and on behalf of Advocates for a Healthy Community, Inc., d/b/a Jordan Valley Community Health Center with each party to bear their own costs.

/s/ Charles A. Shaw
**Honorable Charles A. Shaw**
**United States District Judge**

Dated: November 15, 2013